sult with the Said Cap^ts Marshall, and Arthur What to Do with the Said Ship and Cargoe, and after Consulting Sometime and they Considering that there was no possibility of any relief, to be had here and that the Said Ship must intirely, Sink and perish The aforementioned Privateers would have assisted them w^th Some men, but Could not with a Ships Company, and all his Officers was run away, there was none of the Privateers men would Stay w^th him, Notwithstanding the Said Captains of the aforesaid Privateers would have used all the perswasions they Could with their people to have Stay'd Therefore the Said Cap^t W^m Marshall and Cap^t George Arthur Did Advise the Said Cap^t Richardson to make Application to the aforesaid Captains of the Privateers and Deliver the Said Ship into their hands and Possession as aforementioned being the Only Way they Could advise him to, for the Safety of the Ship and Cargoe.

Given under Our hands at the Island of Grand Caimainas the 30th Day of July 174[2]

       W^m Marshall               W^m Richardson

       George Arthur

       George Filer

Cap^t William Richardson Acknowledged in Open Court that the Name William Richardson above subscribed was his own hand Writing.

### ROBERT FLOWERS ETC. VS SHIP *Alexander* AND CARGO ETC.

Saturday Sep^r 18th 1742

The Court being Opened according to Adjournm^t Benjamin Hazzard Josias Jennings Nicholas Drummond Patrick Hackett and John Lusk were Sworn and their Evidences taken after which Henry Bull moved to the Court The Court is Adjourned to 3 A Clock P: M

The Court being opened according to Adjournment is adjourned to Monday 20th Inst^t at 7 a Clock A: M